UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Chandra Pope,

    Plaintiff,

v.                                          Case No. 2:18-cv-246

Commissioner of Social Security,         Judge Michael H. Watson

    Defendant.                          Magistrate Judge Deavers

## OPINION AND ORDER

On August 5, 2019, United States Magistrate Judge Deavers issued a Report and Recommendation ("R&R") recommending that the Court reverse the Commissioner of Social Security's nondisability finding and remand this case to the Commissioner and the ALJ under Sentence Four of § 405(g). R&R, ECF No. 15. The R&R notified the parties of their right to file objections pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 23–24. The R&R further advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. The Commissioner's finding is **REVERSED**, and the case is **REMANDED**. The Clerk shall enter final judgment in this case.

**IT IS SO ORDERED.**

                                                        */s/ Michael H. Watson*
                                                        **MICHAEL H. WATSON, JUDGE**
                                                        **UNITED STATES DISTRICT COURT**